Ramapo Manufacturing Company, Respondent, v. Julia Pierson Mapes, Appellant.— Judgment and order affirmed, with costs, upon the ground that the verdict that the land was not included in the conveyance by plaintiff is sustained by the weight of evidence and there was no evidence of adverse possession that warranted the submission of that issue. Jenks, P. J., Burr, Thomas, Carr and Putnam, JJ., concurred.

Augustus L. Reynolds, Respondent, v. Ericsson F. Bushnell and Others, Copartners, etc., under the Firm Name of Clark, Chapin & Bushnell and Others, Appellants.— Judgment reversed and new trial granted, costs to abide the event, on the ground that the verdict is excessive, unless plaintiff stipulate within twenty days to reduce the judgment to the sum of $2,000, exclusive of taxed costs; in which event the judgment, as so modified, is unanimously affirmed, without costs. No opinion. Present — Jenks, P. J., Burr, Thomas, Carr and Stapleton, JJ.

James Walsh, Respondent, v. Morse Dry Dock and Repair Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

William Watzelhan, as Administrator, etc., of Ruth Watzelhan, an Infant, Deceased, Respondent, v. New York Telephone Company, Appellant.—Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Burr, Carr, Stapleton and Putnam, JJ.

Gaetano Damato and Others, Plaintiffs, v. George W. Buskirk and Others, Defendants.— Motion to dismiss appeal denied, without costs. Motion to open default granted upon condition that defendants perfect their appeal, place the case on the January calendar and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Jenks, P. J., Burr, Thomas, Stapleton and Putnam, JJ.

Claudine Eckert, Respondent, v. Clara M. Truman, Appellant, Impleaded with Another, Defendant.— Motion granted. Present — Jenks, P. J., Burr, Thomas, Carr and Putnam, JJ. Order to be settled before the presiding justice.

Everett Greene, Appellant, v. Leander B. Faber, Individually and as Receiver, etc., Respondent.— Motion to dismiss appeal denied, without costs. Present — Burr, Thomas, Rich, Stapleton and Putnam, JJ.

In the Matter of Supplementary Proceedings. E. B. Latham & Company, Plaintiff, v. H. Freynecht Electrical Engineering and Construction Company and Another, Defendants.— Motion for stay pending appeal granted. Present — Jenks, P. J., Burr, Carr, Rich and Stapleton, JJ.

Petronia Paltanowicz, Appellant, v. Herman Mendlowitz, Respondent. — Motion granted and order modified. Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ. Order to be settled before the presiding justice.